IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TREVON DEMARKUS STONE** | DOCKET NO. 1:23-CR-86<br><br>**ORDER** |

This matter is before the Court on the Government's Motion to Unseal the Indictment (Doc. 6).

For the reasons stated therein, the Motion is **GRANTED** and the Clerk is respectfully directed to **UNSEAL** the Bill of Indictment.

It is so ordered.

Signed: January 4, 2024

W. Carleton Metcalf
United States Magistrate Judge